IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRENT JACOBY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12-0366-CG-C |
| ) | |
| **BALDWIN COUNTY, et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that defendants Baldwin County and Sergeant Scott are **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because the claims against each are frivolous.  This action will proceed as to all remaining claims.

**DONE and ORDERED** this 28th day of December, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE