IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRENT JACOBY, AIS # 291560,   )
                              )
    Plaintiff,                )
                              )
vs.                           )  CIVIL ACTION NO. 12-0366-CG-C
                              )
MACK, et al.,                 )
                              )
    Defendants.               )

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's motion for summary judgment is **DENIED;** Defendants' motion for summary judgment is **GRANTED**; and the claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE and ORDERED** this 30th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE