## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRENT JACOBY, AIS # 291560,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0366-CG-C** |
| | ) | |
| **MACK, <u>et</u> <u>al</u>.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Brent Jacoby recover nothing and the claims made against Defendants Sheriff Huey Mack, Major Dale Byrne, Major Milton, Corporal Kent Carr, Officer Joshua Keers, Officer Mark Boyington, and Officer John Rowell are hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 30th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE