IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT JACOBY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12–366–CG–C |
| OFFICERS JOSHUA KEERS AND JOHN ROWELL, IN THEIR INDIVIDUAL CAPACITIES, | ) |
| Defendants. | ) |

## JUDGMENT

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that summary judgment is entered in favor of Defendants Officers Joshua Keers and John Rowell and against Plaintiff Brent Jacoby. All claims against Defendants are hereby **DISMISSED with prejudice** in accordance with the Court's Order and Memorandum issued this same day.

**DONE** and **ORDERED** this 12th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE